# In the United States Court of Federal Claims

No. 15-294C
(Filed May 21, 2015)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
J. CASARETTI, et al.,            *
                                 *
              Plaintiffs,        *
                                 *
   v.                            *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant.         *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

Defendant's motion for an extension of the time period in which to file an answer to the complaint is **GRANTED**. Defendant shall file its response on or before June 22, 2015.

**IT IS SO ORDERED.**

                                                  s/ Victor J. Wolski
                                                **VICTOR J. WOLSKI**
                                                Judge