# In the United States Court of Federal Claims

No. 15-294C
(Filed December 22, 2015)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
J. CASARETTI, et al.,            *
                                 *
            Plaintiffs,          *
                                 *
      v.                         *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
                                 *
* * * * * * * * * * * * * * * * *
```

## SCHEDULING ORDER

The Court will hold a status conference by telephone at **2:00 p.m. EST** on **Monday, January 4, 2016**. Chambers will initiate the call.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge
