# In the United States Court of Federal Claims

No. 15-294C
(Filed January 4, 2016)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
J. CASARETTI, et al.,            *
                                 *
            Plaintiffs,          *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
                                 *
* * * * * * * * * * * * * * * * *
```

## **ORDER**

As discussed at today's status conference, briefing on the government's motion for summary judgment is stayed until the Court issues a ruling on the government's motion for partial dismissal and determines whether a class action will be certified.

**IT IS SO ORDERED.**

s/ Victor J. Wolski<br>
**VICTOR J. WOLSKI**<br>
Judge