# In the United States Court of Federal Claims

No. 15-294C
(Filed May 7, 2025)
NOT FOR PUBLICATION

```
* * * * * * * * * * * * * * * * *
                                *
                                *
J. CASARETTI, et al.,           *
                                *
               Plaintiffs,      *
                                *
     v.                         *
                                *
THE UNITED STATES,              *
                                *
               Defendant.       *
                                *
* * * * * * * * * * * * * * * * *
```

## ORDER

Plaintiffs have filed a statement noting that opt-in plaintiff Thomas Edgar Morgan, is now deceased. Statement of the Fact of Deaths, ECF No. 235. Pursuant to Rule 25(a)(1) of the Rules of the United States Court of Federal Claims (RCFC), a motion to substitute parties has been filed that addresses the decedent. Unopposed Mot. to Substitute Party, ECF No. 236.

This case seeks damages under the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201–219. "[D]ecedents' causes of action under . . . the FLSA . . . survive to the representatives of their estates." *Acebal v. United States*, 60 Fed. Cl. 551, 557 (2004). The motion to substitute appears to contain the requisite documentation identifying the proper parties for substitution. Accordingly, the motion, which seeks to substitute decedent Thomas Edgar Morgan with Darlene D. Morgan, is **GRANTED**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Senior Judge